E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00432-RGK |
|---|---|
| Plaintiff, | PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT REGARDING THE NEED FOR THE COURT TO PRONOUNCE FORFEITURE PURSUANT TO THE MONEY JUDGMENT OF FORFEITURE AT DEFENDANT'S SENTENCING HEARING AND INCLUDE THE FORFEITURE IN DEFENDANT'S JUDGMENT AND COMMITMENT ORDER |
| v. | |
| HOWARD JAY BARTZ, JR. | |
| Defendant. | |
| | Sentencing Date: May 1, 2023<br>Time:            10:00 a.m. |

On December 10, 2020, the Court signed and filed a Money Judgment of Forfeiture based upon the stipulation of plaintiff United States of America and Defendant Howard Jay Bartz, Jr. ("Defendant") filed December 10, 2020.  Docket Nos. 29 and 30.

Pursuant to the Money Judgment of Forfeiture, the Court entered a money judgment against Defendant and in favor of plaintiff United States of America in the total amount of $140,000.00, which amount the Court found constitutes or is derived from proceeds traceable to the crimes set forth in count one of the Information and for which Defendant has entered a plea of guilty.  Docket No. 30 (money judgment of forfeiture ¶ 1).

Fed. R. Crim. P. 32.2(b)(4)(A) provides that "the preliminary forfeiture order (<u>i.e.</u>, the money judgment of forfeiture here) becomes final as to the defendant" at sentencing, and Fed. R. Crim. P. 32.2(b)(4)(B) provides that "[t]he court must include the forfeiture when orally announcing the sentence or must otherwise ensure that the defendant knows of the forfeiture at sentencing" and "[t]he court must also include the forfeiture order, directly or by reference, in the judgment, but the court's failure to do so may be corrected at any time under Rule 36."  <u>Accord</u> Docket No. 30 (money judgment of forfeiture ¶ 4).

Sentencing is presently scheduled for May 1, 2023 at 10:00 a.m.  The government recommends that the following language be used for the Court's oral pronouncement of the forfeiture to Defendant at sentencing:

> The Court has entered a money judgment of forfeiture against the defendant.

In addition, the government recommends that the following language be included in Defendant's judgment and commitment order:

The Court has entered a money judgment of forfeiture against the defendant, which is hereby incorporated by reference into this judgment and is final.

Dated: April 18, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA